✎ PS 8
(3/15)

Case 1:14-cr-02085-WFN   Document 56   Filed 05/04/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Velasquez, Severiano Luna | Docket No. | 0980 1:14CR02085-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Severiano Luna Velasquez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 30th day of January, 2015, under the following conditions:

**Condition #9**  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1**:  Using a controlled substance, methamphetamine on or about April 29, 2015.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2015

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_/s/ James P. Hutton_
Signature of Judicial Officer

5/4/2015
Date

