UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Velasquez, Severiano Luna | Docket No. | 0980 1:14CR02085-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW   Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Severiano Luna Velasquez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 30th day of January, 2015, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or possession of a narcotic drug, or other controlled substances, unless prescribed by a licensed medical practitioner.

**Condition #17:** Substance Abuse Evaluation.  Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.

**Condition #18**: Prohibited substance testing: Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.


    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1:  Failing to report to Merit Resource Services on September 15, 2015 for his required chemical dependancy treatment group.

Violation #2: Failing to submit to random urine testing as directed by his pretrial supervision officer at Merit Resource Services on September 15, 2015.

Violation #3: Using a controlled substance, Methamphetamine on or about September 16, 2015.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2015

by  s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_James P Hutton_
Signature of Judicial Officer

9/28/2015
Date