UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  -vs-<br><br>SEVERIANO LUNA VELASQUEZ,<br><br>               Defendant. | No.   1:14-CR-2085-WFN-1<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

A telephonic motion hearing was held January 15, 2016. The Defendant, who is not in custody, was present and represented by Alex Hernandez, III, Assistant United States Attorney Laurel Holland represented the Government in place of Benjamin Seal; United States Probation Officer Phillip Casey also participated in place of Linda Leavitt.

The Court addressed Defendant's Motion to Modify Conditions of Release to Allow Travel Out of State. ECF No. 86. Defendant's father, who resides in California, is 92 years old and ailing. Defendant asks to travel out of the district to visit his father for five days prior to his sentencing hearing. Defendant represented in his Motion that the Government and United States Probation Officer Leavitt objected. At the hearing, the Government indicated that Defendant has previously violated the terms of pretrial release and is concerned Defendant may use drugs.

The Court has reviewed the file and Defendant's Motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Modify Conditions of Release to Allow Travel Out of State, filed January 13, 2016, **ECF No. 86**, is **GRANTED** contingent upon approval of the proposed residence by the United States Probation Office.

ORDER - 1

2. Defendant's conditions of release are **MODIFIED** to allow a five day trip to California for the purpose of visiting Defendant's father with United States Probation Officer approval of the proposed residence while in California.

3. Defendant shall return to the Eastern District of Washington in adequate time to prepare for and appear at his sentencing hearing on February 4, 2016.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officers Linda Leavitt and Phillip Casey.

**DATED** this 15th day of January, 2016.

01-15-16

                s/ Wm. Fremming Nielsen
                WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE