PROB 12C
(6/16)

Report Date: June 29, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Severiano Luna Velasquez | Case Number: 0980 1:14CR02085-SAB-1 |
| Address of Offender: | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A Bastian, U.S. District Judge

Date of Original Sentence: February 4, 2016
Date of Revocation Sentence: June 13, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Heroin in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(c) | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: June 13, 2018 | Prison - 20 days; TSR - 20 months | | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: June 13, 2018 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: February 12, 2020 | |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instruction from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On June 20, 2018, this officer spoke with Mr. Velasquez on the phone.  Mr. Velasquez was directed to report to probation on June 25, 2018, at 2 p.m. to review his Revocation Judgment and to discuss the possibility of relocating to California.

On June 22, 2018, Mr. Velasquez left this officer a voicemail stating he was going to visit his children and he would contact this officer when he returned to Yakima, Washington. Mr. Velasquez failed to report to probation as instructed on June 25, 2018, and he has not responded to this officer's attempts to contact him.

Prob12C
Re: Velasquez, Severiano Luna
**June 29, 2018**
Page 2

    2    **Standard Condition # 5**: You must live at a place approved by the probation officer, if you plan to change were you live or anything about your living arrangements (such as people you live with), you must notify the probation officer at least 10 days before the changes. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: On June 22, 2018, Mr. Velasquez left this officer a voice-mail stating he was going to visit his children. Mr. Velasquez did not provide an address where he would be staying while he was visiting his children and he did not disclose where his children were located. Mr. Velasquez has not responded to this officer's attempts to contact him to discuss his current location and living arrangements.

    On June 28, 2018, this officer went to Mr. Velasquez's last reported address, the Yakima Inn, located at 1022 North 1st Street in Yakima, Washington. Staff at the Yakima Inn informed this officer that Mr. Velasquez no longer residing there and they have not seen him since June 22, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 29, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Stanley A. Bastian_
Signature of Judicial Officer

June 29, 2018
Date