PROB 12C
(6/16)

Report Date: February 20, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Severiano Luna Velasquez          Case Number: 0980 1:14CR02085-SAB-1

Address of Offender: Homeless Yakima, Washington

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 4, 2016

Original Offense:          Distribution of Heroin in violation of 21 U.S.C. § 841(a)(1) and (b)(1)©

Original Sentence:         Prison - 18 months;                Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison - 20 days;
June 18, 2018              TSR - 20 months

Revocation Sentence:       Prison - 6 months:
September 19, 2018         TSR -24 months

Asst. U.S. Attorney:       Ben Seal                          Date Supervision Commenced: February 5, 2019

Defense Attorney:          Alex B. Hernandez, III            Date Supervision Expires: August 4, 2021

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

   1                      **Standard Condition # 2**: After initially reporting to the probation office, you will receive instruction from the court or the probation officer about how and when you must report to the probation officer and you must report to the probation officer as instructed.

                          **Supporting Evidence**: Mr. Velasquez is alleged to have violated standard condition #2 by not reporting to the probation office as directed on February 8 and 19, 2019.

                          On February 5, 2019, at the conclusion of an office visit, this officer directed Mr. Velasquez to report to the probation office on  February 8, 2019, to review his Revocation Judgment and other requirements of his supervised release. Mr. Velasquez failed to report to probation on February 8, 2019, as directed.

Prob12C
**Re: Velasquez, Severiano Luna**
**February 20, 2019**
Page 2

On February 14, 2019, this officer spoke with Mr. Velasquez on the phone. Mr. Velasquez explained that he forgot to report as directed on February 8, 2019. This officer directed Mr. Velasquez to report in person to the probation office on February 19, 2019, at 10 a.m. to review his Revocation Judgment and other requirements of his supervised release. Mr. Velasquez acknowledged the reporting instructions and committed to report as directed. However, Mr. Velasquez failed to report as directed on February 19, 2019, and is not responding to this officer's attempts to contact him.

2    **Mandatory Condition # 3**:You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.

**Supporting Evidence**: Mr. Velasquez is alleged to have violated mandatory condition #3, by not providing a drug test within 15 days of release from imprisonment.

Mr. Velasquez failed to report to the probation office as directed on February 8 and 19, 2019. Due to Mr. Velasquez failing to report as directed, he was not able to provide a drug test within 15 days of his release from imprisonment, as ordered by the Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 20, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer
02/21/2019
Date